AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| J.P. COSMETICS, INC. a Florida Corporation; JJJ DISTRIBUTORS, INC., a New Jersey for-profit Corporation; F5 NUNATURALS, CORP., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>MISS MARION COSMETICS INC., a Florida Corporation; EUDEL MORALES, an individual; LORENZO C. MORALES, and Individual; YANDY ALVAREZ, D/B/A SUNSHINE DISTRIBUTORS, LLC.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 17-cv-23876-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MISS MARION COSMETICS INC.
c/o Eudel Morales Recio, Registered Agent
1695 W. 32 Place
Hialeah, FL 33012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa
Espinosa Martinez, PL
1428 Brickell Avenue, Suite 100
Miami, Florida 33131
Tel: 305-854-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

Date: 10/23/2017

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| J.P. COSMETICS, INC. a Florida Corporation; JJJ DISTRIBUTORS, INC., a New Jersey for-profit Corporation; F5 NUNATURALS, CORP., a Florida Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> MISS MARION COSMETICS INC., a Florida Corporation; EUDEL MORALES, an individual; LORENZO C. MORALES, and Individual; YANDY ALVAREZ, D/B/A SUNSHINE DISTRIBUTORS, LLC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-cv-23876-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Eudel Morales a/k/a Eudel Morales Recio
167 E. 10 Street
Hialeah, FL  33010


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa
Espinosa Martinez, PL
1428 Brickell Avenue, Suite 100
Miami, Florida 33131
Tel: 305-854-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:  10/23/2017

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| J.P. COSMETICS, INC. a Florida Corporation; JJJ DISTRIBUTORS, INC., a New Jersey for-profit Corporation; F5 NUNATURALS, CORP., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>MISS MARION COSMETICS INC., a Florida Corporation; EUDEL MORALES, an individual; LORENZO C. MORALES, and Individual; YANDY ALVAREZ, D/B/A SUNSHINE DISTRIBUTORS, LLC.,<br><br>*Defendant(s)* | Civil Action No. 17-cv-23876-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lorenzo C. Morales
3831 West 3rd Court
Hialeah, FL  33012


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa
Espinosa Martinez, PL
1428 Brickell Avenue, Suite 100
Miami, Florida 33131
Tel: 305-854-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/23/2017



Steven M. Larimore
Clerk of Court

SUMMONS

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| J.P. COSMETICS, INC. a Florida Corporation; JJJ DISTRIBUTORS, INC., a New Jersey for-profit Corporation; F5 NUNATURALS, CORP., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>MISS MARION COSMETICS INC., a Florida Corporation; EUDEL MORALES, an individual; LORENZO C. MORALES, and Individual; YANDY ALVAREZ, D/B/A SUNSHINE DISTRIBUTORS, LLC.,<br><br>*Defendant(s)* | Civil Action No. 17-cv-23876-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Yandy Alvavez, d/b/a Sunshine Distributors, LLC
1701 NW 112 Avenue
Suite 109
Miami, FL 33172


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa
Espinosa Martinez, PL
1428 Brickell Avenue, Suite 100
Miami, Florida 33131
Tel: 305-854-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/23/2017

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts